Fill in this information to identify your case:

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____   Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **United Engineers, Inc.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 76-0518939 | |
| 4. | Debtor's address | **Principal place of business**<br><br>**9301 Southwest Freeway**<br>**Suite 500**<br>**Houston, TX 77074**<br>Number, Street, City, State & ZIP Code<br><br>**Harris**<br>County | **Mailing address, if different from principal place of business**<br><br><br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

| Debtor | United Engineers, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5413__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Debtor  **United Engineers, Inc.**                                                          Case number (*if known*)
      Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | | Relationship | |
    |---|---|---|---|
    | District | When | Case number, if known | |

11. **Why is the case filed in this district?**    *Check all that apply:*

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    ■ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

13. **Debtor's estimation of available funds**    *Check one:*

    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    ■ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated Assets**
    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million
    ■ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million
    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**
    ☐ $0 - $50,000
    ■ $1,000,001 - $10 million
    ☐ $500,000,001 - $1 billion

Debtor  **United Engineers, Inc.**          Case number (*if known*)
          Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | United Engineers, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

WARNING – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  August 18, 2023
             MM / DD / YYYY

X _____  Kefelegne Tesfaye
Signature of authorized representative of debtor   Printed name

Title  **Vice President**

**18. Signature of attorney**

X  / s / Melissa A. Haselden    Date  August 18, 2023
Signature of attorney for debtor          MM / DD / YYYY

Melissa A. Haselden
Printed name

Haselden Farrow PLLC
Firm name

700 Milam, Suite 1300
Pennzoil Place
Houston, TX 77002
Number, Street, City, State & ZIP Code

Contact phone  (832)819-1149   Email address  mhaselden@haseldenfarrow.com

00794778 TX
Bar number and State

**MINUTES OF A SPECIAL MEETING
OF THE BOARD OF DIRECTORS
OF
UNITED ENGINEERS, INC.**

A special meeting of the Board of Directors (the "Board") of United Engineers, Inc., a Texas corporation (the "Corporation") was held on August 14, 2023, at 4 : 0 0 o'clock p.m. (Central).

Present at the meeting were Sherif Mohamed and Kefelegne Tesfaye, each a Director and shareholder of the Corporation.

The purpose of the meeting concerned the financial condition of the Corporation. The Board received and reviewed reports furnished to it concerning the financial condition of the Corporation. The prospect of reorganizing or liquidating under the provisions of Chapter 11 of the United States Bankruptcy Code was discussed. Following extensive discussions, and upon motion duly made, seconded and carried, the following resolutions were passed by the quorum present:

> WHEREAS, the Board having received and reviewed reports furnished it concerning the financial condition of the Corporation: and
>
> WHEREAS, it appearing in the business judgment of the Board that the Corporation should be reorganized under the supervision of the United States Bankruptcy Court in the Southern District of Texas, it is hereby:
>
> RESOLVED, that Kefelegne Tesfaye, the Vice-President of the Corporation, is hereby authorized and directed to prepare or cause to be prepared the voluntary petition and to cause the initiation and prosecution of a case under the Title 11 of the United States Bankruptcy Code (the "Bankruptcy Case"), and to prepare or cause to be prepared all other documents, pleadings and other others instruments necessary to prosecute the Bankruptcy Case;
>
> RESOLVED FURTHER, that the Corporation is authorized and directed to employ and retain the firm of Haselden Farrow PLLC to represent the Corporation in its case under the Bankruptcy Code upon such retainer and compensation agreement as may seem in the sole discretion of the Directors to be appropriate;

RESOLVED FURTHER, that any and all actions taken by the President or Vice-President of the Corporation, for and on behalf and in the name of this Corporation, prior to the adoption of the foregoing resolutions, in connection with any of the foregoing matters, be and they are hereby, ratified, confirmed and approved in all respects for all purposes.

There being no further business to come before the meeting, it was, upon motion duly made, seconded and unanimously carried, adjourned.

_____
Sherif Mohamed
Director for United Engineers, Inc.

_____
Kefelegne Tesfaye
Director for United Engineers, Inc.

_____
Sherif Mohamed
Shareholder

_____
Kefelegne Tesfaye
Shareholder

# United Engineers, Inc.
## Balance Sheet
### As of July 31, 2023

|  | Jul 31, 23 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1005 Bank of River Oaks | 202,112.32 |
| **Total Checking/Savings** | 202,112.32 |
| **Accounts Receivable** | |
| Accounts Receivable | 1,223,388.58 |
| **Total Accounts Receivable** | 1,223,388.58 |
| **Other Current Assets** | |
| **2520 Refundable Deposits** | |
| 2521 Office Lease Deposit | 10,270.83 |
| 2522 Lease Deposit - N Off | 21,725.85 |
| **Total 2520 Refundable Deposits** | 31,996.68 |
| **Total Other Current Assets** | 31,996.68 |
| **Total Current Assets** | 1,457,497.58 |
| **Fixed Assets** | |
| **2000 Fixed Assets** | |
| 2001 Key Man Life - SM  (NCV) | 23,938.75 |
| 2002 Key Man Life - KT  (ACV) | 6,603.90 |
| **2010 Vehicles** | |
| 2011 Vehicles - Office | 123,775.77 |
| 2012 Vehicles - Survey | 10,206.90 |
| 2013 Vehicles - CM | 28,508.42 |
| **2014 Vehicles - Owners** | |
| 2014.06 Lexus GX460 | 77,607.69 |
| 2014 Vehicles - Owners - Other | 118,208.15 |
| **Total 2014 Vehicles - Owners** | 195,815.84 |
| **Total 2010 Vehicles** | 358,306.93 |
| 2100 Tools & Equipment | 189,212.86 |
| 2200 Computer Equipment | 699,702.56 |
| 2300 Furniture and Fixtures | 84,428.81 |
| 2350 Leasehold Improvements | 139,835.98 |
| **2400 Accumulated Depreciation** | |
| 2401 Accum Depr - Vehicles | 201,126.94 |
| 2440 Accum Depr - Tools & Equip | -17,524.72 |
| 2460 Accum Depr - Computers | -64,787.47 |
| 2480 Acc Depr - Fixture & Furn | -37,081.44 |
| 2490 Accum Depr - Leasehold Imp | -165,905.43 |
| 2400 Accumulated Depreciation - Other | -519,064.34 |
| **Total 2400 Accumulated Depreciation** | -603,236.46 |
| **Total 2000 Fixed Assets** | 898,793.33 |
| **Total Fixed Assets** | 898,793.33 |
| **TOTAL ASSETS** | **2,356,290.91** |
| **LIABILITIES & EQUITY** | |

# United Engineers, Inc.
## Balance Sheet
### As of July 31, 2023

|  | Jul 31, 23 |
|---|---:|
| **Liabilities** | |
|   **Current Liabilities** | |
|     **Accounts Payable** | |
|       3001 Accounts Payable | 107,267.52 |
|     **Total Accounts Payable** | 107,267.52 |
|     **Other Current Liabilities** | |
|       **3000 Current Liabilities** | |
|         Prof Liability Financing | 22,332.12 |
|       **Total 3000 Current Liabilities** | 22,332.12 |
|       **3020 Short Term Loans** | |
|         3021 Loan - Line of Credit | 601,500.00 |
|         3024 Loan - Principle - KT | 75,000.00 |
|         3025 Loan - Principal - SM | 75,000.00 |
|       **Total 3020 Short Term Loans** | 751,500.00 |
|       **3040 Payroll Liabilities** | |
|         **3041 Payroll Tax** | |
|           3041.1 Payroll Tax Withheld | -15,211.76 |
|           3041.2 Payroll Tax - UEI Portio | 15,501.16 |
|           3041 Payroll Tax - Other | 0.05 |
|         **Total 3041 Payroll Tax** | 289.45 |
|         **3043 Retirement Plan Cont** | |
|           3043.1 401(k) Plan Contribution | 0.01 |
|           3043.3 Safe Harbor Contribution | -0.50 |
|         **Total 3043 Retirement Plan Cont** | -0.49 |
|         3044 Child Support Recovery | 0.07 |
|         3047 Profit Sharing Payable | 28,000.00 |
|       **Total 3040 Payroll Liabilities** | 28,289.03 |
|     **Total Other Current Liabilities** | 802,121.15 |
|   **Total Current Liabilities** | 909,388.67 |
| **Total Liabilities** | 909,388.67 |
| **Equity** | |
|   4500 Common Stock | 1,000.00 |
|   4800 Retained Earnings | 2,283,381.35 |
|   8010 Dividends Paid | -424,000.00 |
|   Opening Balance Equity | 337,016.49 |
|   Prior Period Adjustments | 205,993.52 |
|   Shareholder Distribution | -890,000.00 |
|   Net Income | -66,489.12 |
| **Total Equity** | 1,446,902.24 |
| **TOTAL LIABILITIES & EQUITY** | **2,356,290.91** |

# United Engineers, Inc.
## Profit & Loss
### January through July 2023

|  | Jan - Jul 23 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 5001 Professional Fees | 4,078,293.07 |
| 5020 Fees - Reimb Consultants | 1,212.39 |
| **Total Income** | 4,079,505.46 |
| **Gross Profit** | 4,079,505.46 |
| **Expense** | |
| 6001 Direct - Labor | 2,332,902.21 |
| 6100 Direct - Reimbursable Exp | |
|     6101 Subconsultant - Reimb Exp | 222,549.25 |
|     6104 Research/Repro - Reimb Exp | 379.95 |
|     6115 Travel - Reimb Exp | 169.13 |
| Total 6100 Direct - Reimbursable Exp | 223,098.33 |
| 6101 - Indirect OH Labor | |
|     6102 - Overhead - Employees | 143,621.49 |
|     6103 - Employees - Bonuses | 392,127.52 |
| Total 6101 - Indirect OH Labor | 535,749.01 |
| 7010 Personnel Expenses | |
|     7011 Fringe Benefits - Officers | 9,750.00 |
|     7014 Company Paid Ins Benefits | 179,576.69 |
|     7015 Company Paid Retirement | 50,724.98 |
|     7016 Employee Relations | 9,118.42 |
|     7017 Recruiting & Hiring | 2,188.49 |
|     7018 Employee Wellness | 849.30 |
|     7010 Personnel Expenses - Other | 7,375.71 |
| Total 7010 Personnel Expenses | 259,583.59 |
| 7023 Charitable Contributions | 9,000.00 |
| 7024 Civic Contributions | 2,000.00 |
| 7025 Computer Expenses | 14,961.46 |
| 7050 Dues & Subscriptions | 14,119.51 |
| 7053 Software Licensing | 9,206.63 |
| 7055 Equipment Lease/Rent | 15,592.23 |
| 7060 Equip Maint/Repairs | 2,501.31 |
| 7070 Insurance | |
|     7072 Insurance - Liabilty | 51,178.92 |
|     7073 Insurance - Property | 20,389.76 |
|     7074 Insurance - Worker's Comp | 1,252.08 |
| Total 7070 Insurance | 72,820.76 |
| 7080 Interest Expense | 39,308.81 |
| 7085 Office Rent/Lease | 225,645.18 |
| 7090 Postage/Delivery | 259.06 |
| 7095 Printing/Copying | 556.77 |
| 7100 Professional Fees | |
|     7101.2 Prof Fees - Legal/Acct | 70,353.42 |
|     7101.4 Prof Fees - Lobbying | 1,185.00 |

# United Engineers, Inc.
## Profit & Loss
### January through July 2023

|  | Jan - Jul 23 |
|---|---:|
| Total 7100 Professional Fees | 71,538.42 |
| 7103 State Prof License Fees | 80.00 |
| 7110 Supplies Expense | 9,148.91 |
| 7120 Tax Expense | |
|     7122 Taxes - Payroll | 204,937.51 |
|     7124 Taxes - State Franchise | 36,967.00 |
| Total 7120 Tax Expense | 241,904.51 |
| 7130 Telephone Expenses | 30,796.48 |
| 7140 Training & Education | 3,038.06 |
| 7150 Travel & Entertainment | |
|     7151.1 Food/Entertainment 100% | 267.42 |
|     7151.3 Food/Entertainment 0% | 13.38 |
|     7152 Mileage Reimbursement | 6,511.11 |
|     7153 Tolls & Parking | 2,052.40 |
| Total 7150 Travel & Entertainment | 8,844.31 |
| 7160 Vehicle Expense | 21,899.71 |
| Reconciliation Discrepancies | 93.38 |
| Uncategorized Expenses | 3,740.91 |
| **Total Expense** | 4,148,389.55 |
| **Net Ordinary Income** | -68,884.09 |
| Other Income/Expense | |
|   Other Income | |
|     Interest Earned | 69.52 |
|   Total Other Income | 69.52 |
|   Other Expense | |
|     Gain/Loss Fixed Asset Sold | -2,325.45 |
|   Total Other Expense | -2,325.45 |
| **Net Other Income** | 2,394.97 |
| **Net Income** | **-66,489.12** |

4:37 PM
08/18/23

# United Engineers, Inc.
## Statement of Cash Flows
### January through July 2023

|  | Jan - Jul 23 |
|---|---:|
| **OPERATING ACTIVITIES** |  |
| Net Income | -67,644.45 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| Accounts Receivable | 68,698.35 |
| 3001 Accounts Payable | -93,442.85 |
| 3040 Payroll Liabilities:3041 Payroll Tax:3041.2 Payroll Tax - UEI Portio | 2,847.27 |
| 3040 Payroll Liabilities:3043 Retirement Plan Cont:3043.1 401(k) Plan Contribution | 0.01 |
| 3040 Payroll Liabilities:3043 Retirement Plan Cont:3043.3 Safe Harbor Contribution | -0.50 |
| 3040 Payroll Liabilities:3044 Child Support Recovery | 0.08 |
| 3040 Payroll Liabilities:3048 Employee Insurance Premium:3048.1 Health Ins Deduct (EE) | 7,663.10 |
| 3040 Payroll Liabilities:3048 Employee Insurance Premium:3048.1C Health Ins Premium (ER) | 18,023.60 |
| 3040 Payroll Liabilities:3048 Employee Insurance Premium:3048.2 Dental Ins Deduct (EE) | 1,338.44 |
| 3040 Payroll Liabilities:3048 Employee Insurance Premium:3048.2C Dental Ins Premium (ER) | 452.32 |
| 3040 Payroll Liabilities:3048 Employee Insurance Premium:3048.3 Disability Deduct (EE) | 593.28 |
| 3040 Payroll Liabilities:3048 Employee Insurance Premium:3048.3C Disability Premium (ER) | 485.08 |
| 3040 Payroll Liabilities:3048 Employee Insurance Premium:3048.4 Life Ins Deduct (EE) | 1,373.40 |
| 3040 Payroll Liabilities:3048 Employee Insurance Premium:3048.5C Base Life Ins (ER) | 167.00 |
| 3040 Payroll Liabilities:3048 Employee Insurance Premium:3048.6C Vision Ins Premium (ER) | 303.60 |
| 3040 Payroll Liabilities:3048 Employee Insurance Premium:3048.7 Gym Prem Deduct (EE) | 73.84 |
| **Net cash spent by Operating Activities** | -59,068.43 |
|  |  |
| 3020 Short Term Loans:3021 Loan - Line of Credit | -246,000.00 |
| 3020 Short Term Loans:3024 Loan - Principle - KT | 75,000.00 |
| 3020 Short Term Loans:3025 Loan - Principal - SM | 75,000.00 |
| **Net cash spent by Financing Activities** | -96,000.00 |
|  |  |
| **Net cash decrease for period** | -155,068.43 |
| **Cash at beginning of period** | 472,978.07 |
| **Cash at end of period** | **317,909.64** |